THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD SMITH, Defendant-Appellant.

(No. 60735;

First District (3rd Division)—August 21, 1975.

PER CURIAM.

Ligtenberg, DeJong & Poltrock, of Chicago (Lawrence A. Poltrock, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and James S. Veldman, Assistant State's Attorneys, of counsel), for the People.